ORIGINAL

DOCKET No. 19 Cr 833                     DEFENDANT Joseph DePaola

AUSA Kiersten Fletcher/Bennet Kearney    DEF.'S COUNSEL Zachary Margulis-Ohnuma
                                         ☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED

                                         ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST 11/20/2019      ☐ VOL. SURR.
                                                         TIME OF ARREST _____         ☐ ON WRIT
☐ Other: _____              TIME OF PRESENTMENT 8:10 PM

## BAIL DISPOSITION

                                                         ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 100,000 _____ PRB  ☑ 1 _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/District of New Jersey
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 11/27/2019

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

-- Defendant is prohibited from dissipating assets in personal or corporate accounts over which the Defendant exercises
control unless (1) the payment is for legal services in connection with this case; or (2) the sum is less than $10,000.00.
Any disbursement of $10,000.00 or more must be cleared in advance by Pretrial.
-- Defendant may not contact co-defendants, directly or indirectly, unless in the presence of counsel.
-- One additional co-signer for moral suassion.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☑ CONFERENCE BEFORE D.J. ON 12/6/2019
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL  12/6/2019

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED        ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT

**DATE:** 11/20/2019 _____        _____
                                            **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**