UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -against- | : | <u>ORDER</u> |
| JOSEPH DEPAOLA, | : | |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons, on November 5, 2021, before 2:00 p.m.

Dated: New York, New York
        September 8, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.